IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

KEITH BROWN, J. DALE SMITH     §
LAMAR BASS, JOHNNY MINGS     §
AND STAN SMITH,     §
    §
    Plaintiffs,     §
    §
VS.     §     CIVIL ACTION NO. 2:06-CV-69
    §
DOW AGROSCIENCES, L.L.C. AND     §
HELENA CHEMICAL COMPANY,     §
    §
    Defendants.     §

## STIPULATION OF DISMISSAL WITH PREJUDICE

Keith Brown, J. Dale Smith, Lamar Bass, Johnny Mings and Stan Smith, Plaintiffs,

and Trical, Inc. and Trident Agricultural Products , Defendants, hereby stipulate all issues

have been resolved in the above-styled and numbered case, and further stipulate Civil

Case No.  2:06-CV-69 should be dismissed with prejudice to the re-filing of same, and

respectfully request the Honorable Court to enter an Order of Dismissal with prejudice.

All costs related to the above matter will be taxed against the party incurring same.

Respectfully submitted,

**Phil Watkins, P.C.**

Phil Watkins
State Bar No. 20927400
926 Chulie Drive
San Antonio, Texas 78216
(210) 225-6666
(210) 225-2300 - facsimile

**Goudarzi & Young, L.L.P.**

Joel Brent Goudarzi
State Bar No. 00798218
P.O. Drawer 910
Gilmer, Texas 75644
(903) 843-2544
(903) 843-2026 - facsimile

**Law Office of Michael Miller**

Michael Miller
State Bar No. 00788060
926 Chulie Drive
San Antonio, Texas 78216
(210) 225-6666
(210) 225-2300 - facsimile

**ATTORNEYS FOR PLAINTIFFS**

**Ayers & Ayers**

Jonathan P. Ayers
State Bar No. 01465900
Ayers Plaza
4205 Gateway Drive, Suite 100
Colleyville, Texas 76034
(817) 267-9009
(817) 318-0663 - Facsimile

**Glast, Phillips & Murray**

Ernest G. Fielder
State Bar No.00787464
815 Walker, Suite 1250
Houston, Texas 77022
(713) 237-3111
(713) 237-3202 - Facsimile

**ATTORNEYS FOR DEFENDANTS**

STIPULATION OF DISMISSAL WITH PREJUDICE                                    Page 2